UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PAUL M. JOHNSON, JR.

v. CA No. 06-295-T

ALBERTO R. GONZALEZ, Attorney General,
MICHAEL CHERTOFF, Secretary of Homeland
Security; BRUCE CHADBOURNE, Interim
Director for Removal, BUREAU OF IMMIGRATION
CUSTOMS ENFORCEMENT

**ORDER**

The United States Attorney is hereby ordered to file an answer to this petition by July 30, 2006.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: June 30, 2006