**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PAUL M. JOHNSON, JR., [A 42 274 124] Petitioner | ) | |
| v. | ) | C.A. No. 06-295T |
| ALBERTO R. GONZALEZ, et al. Respondents. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

The United States, on behalf of respondents, requests additional time to respond to the Petition for Writ of Habeas Corpus, as petitioner's removal from the United States is imminent. See Notice of Intent to Remove, filed concurrently herewith.[1]

Removal of Paul M. Johnson (petitioner or Johnson), a native of Liberia, has been scheduled for the beginning of August. Removal would make his claim for habeas relief under Zadvydas v. Davis, 533 U.S. 678 (2001), moot.

---

[1] This habeas petition is Johnson's fourth. His first habeas petition (CA 01-347L), was based on claimed-derivative citizenship, and was dismissed for lack of subject matter jurisdiction by this Court, Lagueux, J. on February 8, 2002. Johnson's second petition (CA 02-243ML) was filed on May 22, 2002 – less than 4 months after the Court's entry of an Order in response to Johnson's first petition. Johnson's second petition was consolidated by Order of this Court, on July 2, 2002 with that of Aderson Cesar (CA 01-590ML) upon motion of Petitioner Cesar. The issue presented in the consolidated cases was the constitutionality of mandatory pre-order detention under INA § 236(c). Following briefing and hearing, this Court entered an Order on May 6, 2003, granting Respondent's Motion to Dismiss, finding that "detention during removal proceedings is a constitutionally permissible part of [the removal] process." See Memorandum and Order, entered May 6, 2003, p.1. Johnson's third petition (CA 03-560ML), was dismissed by the Court on the Government's motion to dismiss.

Accordingly, respondents request an extension of time to August 18, 2006, to respond to the petition for habeas corpus.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5055
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of July, 2006, I forwarded a copy of the Notice of Intent to Remove, by postage prepaid mail, to: Paul M. Johnson, Jr., Pro Se, Wyatt Detention Center, 950 High St., Central Falls, RI 02863.