**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PAUL M. JOHNSON, JR., [A 42 274 124] Petitioner | ) | |
| v. | ) | C.A. No. 06-295T |
| ALBERTO R. GONZALEZ, et al. Respondents. | ) | |

## NOTICE OF INTENT TO REMOVE

The United States, on behalf of the respondents (United States or the Federal respondents), gives notice that petitioner's removal from the United States is imminent.

Paul M. Johnson (petitioner or Johnson), a native of Liberia, has filed a *pro se* petition for a writ of habeas corpus (his fourth) seeking immediate release from the custody of the Department of Homeland Security (DHS).[1] Johnson, a native and citizen of Liberia, was admitted to the United States as an immigrant on May 12, 199, and was ordered removed on April 17, 2003. He appealed the IJ's decision to the BIA. On October 16, 2003, Johnson withdrew his appeal and the order of removal became final.[2] Johnson was taken

---

[1] This habeas petition is Johnson's fourth. His first habeas petition (CA 01-347L), was based on claimed-derivative citizenship, and was dismissed for lack of subject matter jurisdiction by this Court, Lagueux, J., on February 8, 2002. Johnson's second petition (CA 02-243ML) was filed on May 22, 2002 – less than 4 months after the Court's entry of an Order in response to Johnson's first petition. Johnson's second petition was consolidated by Order of this Court, on July 2, 2002 with that of Aderson Cesar (CA 01-590ML) upon motion of Petitioner Cesar. The issue presented in the consolidated cases was the constitutionality of mandatory pre-order detention under INA § 236(c). Following briefing and hearing, this Court entered an Order on May 6, 2003, granting Respondent's Motion to Dismiss, finding that "detention during removal proceedings is a constitutionally permissible part of [the removal] process." See Memorandum and Order, entered May 6, 2003, p.1. Johnson's third petition (CA 03-560ML), was dismissed by the Court on the Government's motion to dismiss.

[2] Johnson has amassed an impressive criminal record. On October 21, 1997, he was convicted in the Providence County Superior Court in Providence, Rhode Island, of manufacturing/delivery of a controlled substance, to wit: cocaine. For this offense, he

into ICE custody on December 23, 2005, and held until June 20, 3006. See Release Notification and Order of Supervision attached hereto. Shortly thereafter, a travel document was obtained and flight arrangements made. Johnson was therefore taken back into custody on July 25, 2006. His removal is scheduled for the beginning of August 2006.

Inasmuch as petitioner's only complaint is that ICE has not been able to remove him, relying on Zadvydas v. Davis, 533 U.S. 678 (2001), his concerns are met by his imminent removal.

The Federal respondents have filed a motion for enlargement of time to respond to the habeas petition, concurrently herewith, so that it may report the result of their removal efforts.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5055
(401) 709-5017 (fax)

---

was sentenced to a term of imprisonment of four (4) years. On December 15, 1997, he was found guilty of malicious injury to property and vandalism in the Sixth Division District Court in Providence, Rhode Island. On April 7, 1998, Johnson plead nolo to reckless driving/drag racing and eluding a police officer. For this conviction, Johnson was sentenced to one (1) year of probation and loss of license. On September 24, 1999, he plead guilty in Providence Superior Court in Providence, Rhode Island, to possession of a sawed-off shotgun. For this conviction, he was sentenced to a term of imprisonment of ten (10) years. During his prison stay he proved incorrigible.

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of July, 2006, I forwarded a copy of the Notice of Intent to Remove, by postage prepaid mail, to: Paul M. Johnson, Jr., Pro Se, Wyatt Detention Center, 950 High St., Central Falls, RI 02863.

Office of Detention and Removal Operations
New England Field Office

U.S. Department of Homeland Security
JFK Federal Building, Government Center
Boston, MA 02203

**U.S. Immigration and Customs Enforcement**

Paul JOHNSON
C/O Wyatt Detention Center

A42 274 124

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

Bruce E. Chadbourne

Bruce E. Chadbourne, Field Office Director

6-30-06
Date

(rev. 1/26/05)

U.S. Department of Justice
Immigration and Naturalization Service

# Order of Supervision

File No: A42 274 124

Date: June 27, 2006

Name: Paul JOHNSON

On October 16, 2003 (Date of final order), you were ordered:

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

☒ That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

☒ That you do not travel outside BOSTON DISTRICT (Specify geographic limits, if any) for more than 48 hours without first having notified this Service office of the dates and places of such proposed travel.

☒ That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

☒ That you report in person on the 17th day of Aug.,2006 @9:40am to this Service office at: JFK FEDERAL BUILDING, 17TH. FLOOR, BOSTON, MA ~~unless you are granted written permission to report on another date.~~

☒ That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

☐ Other: ______

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

[signature]
(Signature of INS official)

Louis A. Mahar, Deportation Officer
(Print name and title of INS official)

## Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ______ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

(Signature of INS official serving order) (Signature of INS alien) (Date)

Form I-220B (Rev. 4/1/97)N

U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement

## Order of Supervision-Addendum

File No: A42 274 124
Date: June 27, 2006

Name: Paul JOHNSON

[X] That you do not associate with criminals or members of a gang that is known to be involved in criminal activity.

[X] That you register in a substance abuse program within 14 days and provide Immigration and Customs Enforcement (ICE) with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, the duration and objectives of the program, and the name of a program counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency/agencies and provide ICE with written proof of such registration within 10 days.

[X] That you do not commit any crimes or be associated with any criminal activity while on this Order of Supervision.

[X] That you report to a parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

[X] You must follow all reporting and supervision requirements as mandated by the parole or probation officer.

[X] That you continue to follow any prescribed doctor's orders whether medical or psychological, including taking prescribed medications.

[X] That you make good faith and timely efforts to obtain a travel document and assist ICE in obtaining a travel document.

[X] That you submit a complete application for a travel document to all appropriate Embassies or Consulates, including those representing the countries of Liberia. You must present ICE with evidence that each Embassy or Consulate to which you apply has received your request and all required documents. This may be done, for example, by mailing your application(s) with a request for return receipt and providing the signed return receipt to ICE, by obtaining a tracking number when you mail your application(s) and providing the number to ICE, or by submitting written confirmation of receipt issued by the Embassy or Consulate.

[X] That you submit your application(s) for a travel document to all appropriate Embassies or Consulates and provide proof of receipt to ICE on or before Next Report in date.

[X] That you provide ICE a copy of your application(s) for a travel document that you submit to any Embassy or Consulate, including all supporting documents, photos, and other items provided to the Embassy or Consulate to support your application(s).