UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISland

PAUl M Johnson JR
A42-274-124

C.A. NO. 06-295T

V.

AlBERTO R. GONZALEZ

The Petitioner OBjection
To The Respondents motion to
ENlARgement oF Time

The Petitioner States that Immigration must demonstrate to this Court that travel documents is in hand or will be Issue in ~~that~~ the matter of days.

Petitioner has been awaiting deporting for 7 months Now The Respondents has 6 months to depoRt the Petitioner.

This Court should dismiss the Respondents Motion to EnlARgement oF time and order the Petitioner Paul Johnson JR release from Custody

Paul Johnson
950 High St
Central Falls RI 02863