**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PAUL M. JOHNSON, JR., | ) | |
| [A 42 274 124] | ) | |
| Petitioner | ) | |
| v. | ) | C.A. No. 06-295T |
| | ) | |
| ALBERTO R. GONZALEZ, et al. | ) | |
| Respondents. | ) | |

## SUGGESTION OF MOOTNESS

______In response to the Court's Order Directing Government to Respond, the Federal respondents assert that petitioner Paul M. Johnson, Jr., was removed from the United States to Liberia, in accordance with a Final Order of Removal, on August 2, 2006. A copy of the executed Warrant of Removal is attached hereto and incorporated herein.

As petitioner is no longer in the custody of respondents, his petition for writ of habeas corpus is now moot, and should be dismissed.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Robin E. Feder

ROBIN E. FEDER, #3415
Assistant United States Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
Email: robin.feder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August, 2006, I caused to be electronically filed, the foregoing SUGGESTION OF MOOTNESS with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System.

I further certify that on the 18th day of August, 2006, I forwarded a copy of the within SUGGESTION of MOOTNESS, via regular mail, postage prepaid, to petitioner's last known address:

Paul M. Johnson, Jr., Pro Se
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

/s/ Robin E. Feder
ROBIN E. FEDER, #3415
Assistant United States Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
Email: robin.feder@usdoj.gov