U.S. Department of Justice
Immigration and Naturalization Service

# Warrant of Removal/Deportation

File No: A42 274 124

Date: 12/23/2005

**To any officer of the United States Immigration and Naturalization Service:**

JOHNSON, PAUL
(Full name of alien)

who entered the United States at NYC (Place of entry) on 05/12/1990 (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☐ an immigration judge in exclusion, deportation or removal proceedings
- ☐ a district director or a district director's designated official
- ☒ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Section 237(a)(2)(B)(i) and 237(a)(2)(A)(iii)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

the appropriation "Salaries and Expenses, Immigration and Customs Enforcement, 2006" to include the expense of an attendant if necessary.

Bruce Chadbourne
(Signature of INS official)

Field Office Director
(Title of INS official)

12/23/2005
(Date and office location)

To be completed by Service officer executing the warrant:

Name of alien being removed:

JOHNSON, PAUL

Port, date, and manner of removal: Buffalo/Niagara Falls - 8/2/06 Charter



Photograph of alien removed

Right index fingerprint of alien removed

REFUSED TO SIGN & PRINT

(Signature of alien being fingerprinted)

(Signature and title of INS official taking print)

Departure witnessed by: ______ (Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: ______ (Signature and title of INS official)