UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Paul M. Johnson, Jr.,
Petitioner

vs.                                              C.A. No. 06-295T

Alberto R. Gonzalez, et al.,
Defendants

## ORDER DISMISSING CASE

Defendant's Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 is hereby dismissed as moot. The Government's August 18, 2006 filing, "Suggestion of Mootness," provided proof of removal of the Petitioner and thereby satisfies the Court. The matter is dismissed as moot.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 9/19/06