**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Paul M. Johnson, Jr.,
Petitioner

vs. C.A. No. 06-295T

Alberto R. Gonzalez, et al.,
Defendants

**ORDER DISMISSING CASE**

Defendant's Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 is hereby dismissed as moot. The Government's August 18, 2006 filing, "Suggestion of Mootness," provided proof of removal of the Petitioner and thereby satisfies the Court. The matter is dismissed as moot.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 9/19/06